**TYSON & MENDES LLP**
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
Email(s):  ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant*
*GNLV, LLC d/b/a GOLDEN NUGGET*
*LAS VEGAS HOTEL AND CASINO*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AALIYAH SAEF ELDEEN FELTON, individually, <br><br> Plaintiff, <br><br> vs. <br><br> GNLV, LLC, a Domestic Limited-Liability Company, d/b/a GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO; DOE INDIVIDUALS 1-20 and ROE CORPORATIONS/ENTITIES 1-20, inclusive, <br><br> Defendants. | Case No. 2:26-cv-00351-DJA <br><br><br> **STIPULATION AND ORDER REGARDING FRCP 35 EXAMINATION** |

The parties, by and through their respective attorneys of record, hereby stipulate that the following  parameters shall govern the FRCP 35 examination of Plaintiff in this matter, currently scheduled on August 5, 2026 at 8:00 a.m. at Desert Orthopaedic Center - Desert Inn office, 2800 East Desert Inn Road, Suite 100 Las Vegas, NV 89121:

1.      The date and time shall be coordinated with Plaintiff's office. Notice of the examination shall be  provided at least 21 days before the date of the examination.

2.      The examination may be audio recorded by Plaintiff, or an observer designated by Plaintiff, at no  additional cost to Plaintiff. If Plaintiff elects to have an observer present at the exam, Plaintiff must disclose the identity and relationship of the person in attendance. If any audio, visual or stenographic recording is made, Plaintiff must disclose same within 72 hours of the exam, and it must not be edited. Any recording is at the Plaintiff's expense.

1

3.      Plaintiff may bring an observer to the examination. The observer will not interfere or attempt to participate in the examination.

4.      Plaintiff may take notes, or appoint an observer to take notes, during the examination. If notes are to be used as evidence, they must be disclosed pursuant to 16.1 Rules.

5.      No invasive procedures are allowed.

6.      All intake or similar documents which are to be completed by Plaintiff will be provided to Plaintiff's counsel at least 5 business days prior to the date of examination, and Plaintiff will bring  the completed documents to the examination or they will be submitted to the examiner prior to the examination.

7.      Liability questions will not be asked by the examining physician or any agent or representative of the examining physician. Questions regarding the mechanism of injury may be asked.

8.      No x-rays, radiographs, MRIs, CT scans, PET scans or other medical imaging will be obtained during the examination.

9.      If the examining physician subjects the Plaintiff to physically painful or intrusive procedures, Plaintiff may terminate the examination and contact his counsel.

10.      The examining physician and his staff will not engage in ex parte contact with Plaintiff's  treating healthcare providers.

11.      Defendants shall forward a copy of the examination report to Plaintiff's counsel within 30 days of the examination.

12.      The examining physician, and any other medical professional associated with the examination, will not speak with or attempt to engage any family member or friend who may accompany the Plaintiff to the examination. However, this provision does not exclude pleasantries and common greetings. Likewise, any observer shall not speak or attempt to engage with the examiner or staff.

13.      The Rule 35 Exam will start within 30 minutes of the scheduled start time and will last no longer than 90 minutes.

///

2

14.    Plaintiff will wear appropriate attire to allow the examiner to fairly examine the Plaintiff. At no  time will Plaintiff be required to change clothing.

15.    The examining physician will retain all handwritten notes, e-mails sent and received, and all documents generated or received, including draft reports, related to this examination.

16.    The examining physician shall not discuss with Plaintiff his/her opinions regarding Plaintiff's medical treatment or his/her review of any films  or film reports reviewed by the physician.

17.    Defense counsel will provide the examining physician with a copy of the Order prior to the Rule 35 Exam.

18.    The Rule 35 Report will be provided to Plaintiff's counsel no later than 30 days after the examination.

**IT IS SO STIPULATED.**

Dated this 10th day of July, 2026.          Dated this 10th day of July, 2026.

**TYSON & MENDES LLP**                 **THE COTTLE LAW FIRM**


/s/ *Griffith Hayes*                         /s/ *Matthew G. Holland*
GRIFFITH H. HAYES                      MATTHEW G. HOLLAND
Nevada Bar No. 7374                      Nevada Bar No. 10370
2835 St. Rose Pkwy., Suite 140          8635 South Eastern Avenue
Henderson, NV 89052                     Las Vegas, Nevada 89123
*Attorneys for Defendant*                *Attorneys for Plaintiff*


**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7/14/2026

3