**TYSON & MENDES LLP**
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
MICHEL ANASTASSIOU
Nevada Bar No. 15697
ghayes@tysonmendes.com
manastassiou@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant, GNLV, LLC d/b/a GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AALIYAH SAEF ELDEEN FELTON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GNLV, LLC, a Domestic Limited-Liability Company, d/b/a GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO; DOE INDIVIDUALS 1-20 and ROE CORPORATIONS/ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00351-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SPOLIATION** |

Plaintiff, by and through counsel of record, and Defendant, by and through counsel of record, hereby stipulate and agree that Defendant's deadline to file and serve its Opposition to Plaintiff's Motion for Spoliation, currently due on October 7, 2026, shall be extended up to and including October 12, 2026.

///

///

///

///

///

///

The parties agree that good cause exists for this extension, as Defendant requires additional time to finalize its Opposition and supporting materials. This request is made in good faith and not for purposes of delay.

Dated this 7th day of October, 2026.

**TYSON & MENDES LLP**

/s/ *Griffith Hayes*

GRIFFITH H. HAYES
Nevada Bar No. 7374
MICHEL ANASTASSIOU
Nevada Bar No. 15697
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant*

Dated this 7th day of October, 2026..

**THE COTTLE LAW FIRM**

/s/ *Matthew Holland*

MATTHEW G. HOLLAND
Nevada Bar No. 10370
8635 South Eastern Avenue
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

The parties have filed a stipulation seeking to extend the time for Defendant to file its opposition to Plaintiff's Motion for Spoliation. (ECF No. 22). Under LR IA 6-1(a), the parties "must inform the court of all previous extensions of the subject deadline" and indicate whether it is the first, second, third, etc., requested extension, immediately below the title of the stipulation. The parties do not do either. Nonetheless, the Court GRANTS the parties' stipulation. Going forward the parties must comply with the Local Rules in their filings.

IT IS SO ORDERED.

DATED: October 8, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), and/or LR IC 4-1, I hereby certify that I am an employee of Tyson & Mendes LLP, and on October 7th, 2026, I caused the foregoing document entitled **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SPOLIATION** to be served via the Court's electronic filing system upon all counsel of record.

Matthew G. Holland, Esq.
THE COTTLE FIRM
8635 South Eastern Avenue
Las Vegas, NV 89123
mholland@cottlefirm.com
ncoyle@cottlefirm.com
*Attorneys for Plaintiff*
*AALIYAH SAEF ELDEEN FELTON*

/s/ *Gabriela Mercado*
An employee of Tyson & Mendes LLP