**TYSON & MENDES LLP**
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
MICHEL ANASTASSIOU
Nevada Bar No. 15697
ghayes@tysonmendes.com
manastassiou@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant, GNLV, LLC d/b/a GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AALIYAH SAEF ELDEEN FELTON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GNLV, LLC, a Domestic Limited-Liability Company, d/b/a GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO; DOE INDIVIDUALS 1-20 and ROE CORPORATIONS/ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00351-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT GNLV TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SPOLIATION (SECOND REQUEST)** |

Plaintiff, by and through counsel of record, and Defendant GNLV, LLC, by and through counsel of record, hereby stipulate and agree that GNLV's deadline to file and serve its Opposition to Plaintiff's Motion for Spoliation, currently due on October 12, 2026, shall be extended up to and including October 19, 2026.

The parties agree that good cause exists for this extension. Following consultation with opposing counsel, counsel for Defendant GNLV advised that his wife recently gave birth to the couple's child and remains hospitalized. These unforeseen family and medical circumstances have impacted counsel's ability to complete and finalize Defendant GNLV's Opposition and supporting materials. Counsel has acted diligently in preparing the Opposition and requires a brief additional extension to ensure a complete and thorough response to the issues raised in Plaintiff's Motion for

Spoliation. This request is made in good faith, is limited in duration, and is not sought for purposes of undue delay. The parties further agree that no party will be prejudiced by the requested extension.

Dated this _9th_, day of October, 2026.

**TYSON & MENDES LLP**

/s/ *Griffith Hayes*

GRIFFITH H. HAYES
Nevada Bar No. 7374
MICHEL ANASTASSIOU
Nevada Bar No. 15697
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant*

Dated this 9th, day of October, 2026..

**THE COTTLE LAW FIRM**

/s/ *Matthew Holland*

MATTHEW G. HOLLAND
Nevada Bar No. 10370
8635 South Eastern Avenue
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

**ORDER**

The Court notes that this is the second time it is reminding the parties that they must comply with the Local Rules in their filings. Under LR IA 6-1, a stipulation must include a statement informing the court of previous extensions of the requested deadline. "(Examples: 'This is the first stipulation for extension of time to file motions.')" *Id.* The parties do not include such a statement in their stipulation. Nonetheless, for good cause appearing, the Court GRANTS the parties' stipulation. (ECF No. 24). Defendant GNLV shall have up to and including October 19, 2026, to file and serve its Opposition to Plaintiff's Motion for Spoliation.

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 13, 2026

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), and/or LR IC 4-1, I hereby certify that I am an employee of Tyson & Mendes LLP, and on October 9th , 2026, I caused the foregoing document entitled **SECOND STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SPOLIATION** to be served via the Court's electronic filing system upon all counsel of record.

Matthew G. Holland, Esq.
THE COTTLE FIRM
8635 South Eastern Avenue
Las Vegas, NV 89123
mholland@cottlefirm.com
ncoyle@cottlefirm.com
*Attorneys for Plaintiff*
*AALIYAH SAEF ELDEEN FELTON*

/s/ *Gabriela Mercado*
An employee of Tyson & Mendes LLP